## IN THE UNITED STATE DISTRICT COURT
## FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| TEAMSTERS LOCAL 251 HEALTH SERVICES AND INSURANCE PLAN, by and through its TRUSTEES, and TAMMY BEAUDREAULT, in her capacity as Administrator of Local 251 HSIP | : : : : : : |
| | Civil Action: 1:18-cv-00574 |
| Plaintiffs, | : |
| v. | : |
| CARDI CORPORATION; C&J FORMS, LLC; CARDI CORPORATION READY MIX CONCRETE, INC.; CARDI LEASING CORP. and FALL RIVER READY MIX CONCRETE, LLC.  ) Defendants. | : : : : : : : |

### VOLUNTARY DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a), Plaintiffs voluntarily dismiss the above-captioned matter without prejudice.

Respectfully submitted,
On behalf of Plaintiffs,
By his attorneys,

Marc Gursky, Esq. (#2818)
Gursky|Wiens Attorneys at law Ltd.
1130 Ten Rod Road, Suite C-207
North Kingstown, RI 02852
Tel: (401) 294-4700
Fax: (401) 294-4702
mgursky@rilaborlaw.com

## CERTIFICATION

    I hereby certify that I electronically filed the within document on January 14, 2019. The document is available for viewing and downloading from the Court's Electronic Case Filing system.

*/s/ [signature]*